LYNN M. DEAN, Cal. Bar No. 205562
Email: deanl@sec.gov
BRENT W. WILNER, Cal. Bar No. 230093
Email: wilnerb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904



FILED
CLERK, U.S. DISTRICT COURT
01/13/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: DG DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL MATA, DAVID KAYATTA, MARIO PINCHEIRA, SECURED CAPITAL INVESTMENTS, LLC, LOGOS REAL ESTATE HOLDINGS, LLC, LOGOS WEALTH ADVISORS, INC., and LIFETIME ENTERPRISES, LLC (*dba* LOGOS LIFETIME UNIVERSITY),<br><br>　　　　Defendants. | Case No. 5:15-cv-01792-VAP-KK<br><br>**FINAL JUDGMENT AS TO LOGOS WEALTH ADVISORS, INC.** |

# FINAL JUDGMENT AS TO LOGOS WEALTH ADVISORS, INC.

The Securities and Exchange Commission having filed a Complaint and the court-appointed permanent receiver Robert P. Mosier ("Receiver"), acting on behalf of Defendant Logos Wealth Advisors, Inc. having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 206 of the Investment Advisers Act of 1940 [15 U.S.C. §§ 80b-6], by the use of mails or means or instrumentalities of interstate commerce, directly or indirectly:

A. to employ devices, schemes and artifices to defraud clients or prospective clients; or

B. to engage in transactions, practices, and courses of business which operate as a fraud or deceit upon clients or prospective clients.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $11,603,590.80, representing profits gained as a result of the conduct alleged in the Complaint. This obligation shall be deemed satisfied by the Court-appointed receiver's final distribution of the funds collected during the

course of the receivership.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  January 13, 2017_____  _____ _____
THE HON. VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE