# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Mario Pincheira<br>10451 Mahogany Court<br>Rancho Cucamonga, CA 91737 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br>$57,169.33<br><br>Plus Pre Judgment Interest:<br>$6,615.21<br><br>Plus Post Judgment Interest | Shuman Sohrn<br>Assistant Chief Litigation Counsel<br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE, Mail Stop 5628<br>Washington, D.C. 20549 | Civil Action Number:<br>5:15-cv-01792-VAP-KK<br><br>Judgment Entry Date:<br>6/17/2016<br><br>Docket Number: 133 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

_____Central_____ DISTRICT OF _____California_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

(DATE) __May 9__, 2018

By __LORI WAGERS__, Clerk.